IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CHADRICK DEWAYNE JAMES, )<br>  a/k/a "CHADRICKS JAMES" )<br>  a/k/a "CHAD JAMES" )<br>  a/k/a "MISSISSIPPI CHADRICK" )<br>)<br>       Defendant. ) | Case No. 1:19-mj-296 |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Officer Thomas E. Switzer, being duly sworn, state the following:

1. I entered on duty with the Security Protective Service ("SPS") of the Central Intelligence Agency ("CIA") in February 2018. I graduated from the Federal Law Enforcement Training Center ("FLETC") in June 2018. Following my graduation, I received an additional eight weeks of CIA-specific training prior to being assigned as an officer at various CIA installations.

2. This affidavit is submitted in support of a criminal complaint charging CHADRICK DEWAYNE JAMES with criminal trespass at the George Bush Center for Intelligence in McLean, Virginia ("CIA Headquarters"), in violation of 32 C.F.R. § 1903.7(a), which prohibits entering or remaining on any CIA installation without proper authorization.

3. The facts and information contained in this affidavit are based upon my personal knowledge and observations during the course of this investigation, information conveyed to me by other individuals, including law enforcement officers, and my review of records, documents,

1

and other physical evidence obtained during the investigation. This affidavit contains information necessary to support probable cause, and it is not intended to include each and every fact and matter observed by me or known to the government.

4. On Thursday, June 27, 2019, at approximately 11:00 a.m., security monitors at CIA Headquarters in McLean, Virginia, within the Eastern District of Virginia, showed a taxicab approach the facility and drop off a passenger. The passenger of the taxicab was later identified as CHADRICK DEWAYNE JAMES, who voluntarily provided his South Dakota Identification Card to my colleagues. One of my colleagues, Officer Demanss, stated that he recognized the defendant from prior incidents at CIA Headquarters. Upon approach to the main entrance of CIA Headquarters, the defendant passed a sign which read in relevant part:

WARNING

RESTRICTED

U.S. GOVERNMENT

INSTALLATION

EMPLOYEES AND OFFICIAL

VISITORS ONLY

IT IS UNLAWFUL TO ENTER

OR ATTEMPT TO ENTER

THIS INSTALLATION WITHOUT

PROPER AUTHORIZATION

32 C.F.R. 1903

5. Officer Demanss approached the defendant to inquire about his business at the CIA. The defendant stated that he wanted to speak with a judge about removing the wires from his body.

2

6. On four prior occasions – in January 2015, November 2015, February 2017, and February 2019 – the defendant trespassed at CIA Headquarters. Records from those incidents note that the defendant expressed similar concerns about having a communication device in his brain. Later the defendant stated that he stopped taking medications for his mental health issues because the "pills were not working."

7. Officer Demanss asked the defendant to voluntarily leave the premises, but he refused, stating that he wanted to be arrested in order to meet with a federal judge.

8. Based on the foregoing, I submit there is probable cause to believe that on or about June 27, 2019, within the Eastern District of Virginia, CHADRICK DEWAYNE JAMES did enter or remain on a CIA installation without authorization, in violation of 32 C.F.R. § 1903.7(a).

Officer Thomas E. Switzer
Security Protective Service
Central Intelligence Agency

Subscribed and sworn to before me
This 28th day of June 2019.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

Honorable Michael S. Nachmanoff
United States Magistrate Judge
Alexandria, Virginia